# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 08-22879 DLS Judge: Dale L. Somers

Case Name: Brooke Investments, Inc.

For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee

Date Filed (f) or Converted (c): 06/29/2009 (c)

341(a) Meeting Date: 12/14/2011

Claims Bar Date: 03/26/2020

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. VOID (u)<br><br>8500 College Blvd., Overland Park, Kansas<br>$1,963,436.51 (first mortgage) plus a second original mortgage amount of $2,200,00;<br>Asset liquidated in Chapter 11; See Docket No. 795 for analysis of the sales proceeds.<br>Amended Schedules filed 01/27/09 (Doc# 77) | 0.00 | 0.00 | OA | 0.00 | FA |
| 2. VOID (u)<br><br>SE 1/4 of NW 1/4 in NW 1/4 of SW 1/4, 17-3-13 W of 6th PM) Smith County, Kansas;<br>Original Mortgage Amt: $343,560;<br>Property deeded to Brooke Corporation pre-petition;<br>Asset liquidated in Chapter 7; net sale proceeds are in CDARs account at Enterprise Bank, pending resolution of litigation.<br>Amended Schedule A filed 01/27/09 (Doc# 77) | 0.00 | 0.00 | OA | 0.00 | FA |
| 3. VOID (u)<br><br>(SE 1/4, 18-3-13, W of 6th PM) Smith County, Kansas<br>Property deeded to Brooke Corporation pre-petition<br>Asset liquidated in Chapter 7; Net sale proceeds are in CDARs account at Enterprise Bank, pending resolution of litigation. | 0.00 | 0.00 | OA | 0.00 | FA |
| 4. VOID (u)<br><br>195 State Street, Phillipsburg, Kansas<br>No equity in property; Stay relief was granted to secured creditor in Chapter 11<br>Amended Schedule A filed 01/27/09 (Doc# 77) | 0.00 | 0.00 | OA | 0.00 | FA |
| 5. VOID (u)<br><br>201 W. Glade Road, Euless Tarrant County, Texas<br>No equity in property; Stay relief was granted to secured creditor in Chapter 11. | 0.00 | 0.00 | OA | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 08-22879 DLS Judge: Dale L. Somers
Case Name: Brooke Investments, Inc.
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Date Filed (f) or Converted (c): 06/29/2009 (c)
341(a) Meeting Date: 12/14/2011
Claims Bar Date: 03/26/2020

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 6. VOID (u)<br><br>312 Starling Ave., Martinsville, VA;<br>Property was liquidated pursuant to Order No. 966;<br>Last day to assert a claim against proceeds of sale was 12/14/09,<br>No Claims Asserted<br>* Funds in Brooke Corporation* SEE ASSET #44<br>08-22879 Office building located at 312 Starling Ave., Marti<br>See Schedule A for Brooke Investments, Inc.; Funds to be transferred into Brooke Investment, Inc. account.<br>(Receipts = $104,077.30) See account *7721* - deposit of 10/29/09<br>Amended Schedule A filed 01/27/09 (Doc# 77) | 0.00 | 0.00 | OA | 0.00 | FA |
| 7. 114 W. Edinborough, Raeford, NC | 0.00 | 0.00 | | 65,000.00 | FA |
| 8. 20361 Middlebelt Rd., Livonia, Michigan<br><br>Appears there is no equity in this real property for this estate | 300,000.00 | 0.00 | | 0.00 | FA |
| 9. VOID (u)<br><br>Checking Account Generations Bank<br>-$13,620.59 (estimated); Account was overdrawn pre-petition. | 0.00 | 0.00 | | 0.00 | FA |
| 10. D&O Insurance<br><br>See Trustee's Note regarding Asset #20. | 0.00 | 0.00 | | 0.00 | FA |
| 11. E&O Insurance | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12. Interests in Incorporated and Unincorporated Businesses | 0.00 | 0.00 | | 0.00 | 10,000.00 |
| 13. Interests in partnerships or joint ventures<br><br>Interests in company-owned insurance operations/locations; | 0.00 | 0.00 | | 0.00 | 10,000.00 |
| 14. General accounts receivable<br><br>Trustee has engaged D&H Credit Services, pursuant to Order No. 948, to begin pursuing collection of assets. | 0.00 | 0.00 | | 0.00 | 10,000.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 08-22879 DLS Judge: Dale L. Somers
Case Name: Brooke Investments, Inc.

For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Date Filed (f) or Converted (c): 06/29/2009 (c)
341(a) Meeting Date: 12/14/2011
Claims Bar Date: 03/26/2020

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15. Potential federal and state tax refunds<br><br>Tax professionals have been engaged, pursuant to Order No. 861, for preparation of any tax returns. | 0.00 | 0.00 | | 0.00 | 10,000.00 |
| 16. "Brooke" intellectual and related property | 0.00 | 0.00 | | 0.00 | 10,000.00 |
| 17. "Brooke" licenses, franchise rights and related property | 0.00 | 0.00 | | 0.00 | 5,000.00 |
| 18. VOID (u)<br><br>Office computers and furnishings<br>Asset was liquidated as part of Asset #1 above. | 0.00 | 0.00 | OA | 0.00 | FA |
| 19. VOID (u)<br><br>Equipment, leasehold improvements, other related assets (cost $6,556,221.58); Asset was liquidated as part of Asset #1 above. | 0.00 | 0.00 | OA | 0.00 | FA |
| 20. VOID (u)<br><br>Trustee's Adversary Actions<br>In October 2010, the Trustee initiated 84 adversary complaints against 460 defendants.<br>Funds collected by original Trustee $9,935.93 | 0.00 | 0.00 | | 0.00 | FA |
| 21. Settlement and Compromise with former auditor (u)<br><br>Settlement and Restated Compromise with Summers, Spencer & Callison, CPAs, Per Order of 03/08/11<br>Fund collected by original Trustee on this asset deposit #2 Union Bank Account *4867* - $20,000.00 | 0.00 | 0.00 | | 0.00 | FA |
| 22. VOID | 0.00 | 0.00 | | 0.00 | FA |
| 23. Void (u) | 0.00 | N/A | | 0.00 | FA |
| 24. Void (u)<br><br>(Former Trustee resolved) | 0.00 | N/A | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 08-22879 DLS Judge: Dale L. Somers

Case Name: Brooke Investments, Inc.

For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee

Date Filed (f) or Converted (c): 06/29/2009 (c)

341(a) Meeting Date: 12/14/2011

Claims Bar Date: 03/26/2020

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 25. Void (u)<br>Former Trustee resolved | 0.00 | N/A | | 0.00 | FA |
| 26. Void (u)<br>Former Trustee resolved. | 0.00 | N/A | | 0.00 | FA |
| 27. VOID | 0.00 | 0.00 | | 0.00 | FA |
| 28. Preference Action - Robert Cucovatz, Case No. 10-06190 | 0.00 | 0.00 | | 0.00 | FA |
| 29. Preference Actions - 76th Street (Case No. 10-06161) and Sta | 0.00 | 0.00 | | 0.00 | FA |
| 30. State of Kansas Unclaimed Property (u) | 2,175.55 | 2,175.55 | | 2,175.55 | FA |
| 31. Assets Fully Administered by Original Chapter 7 Trustee (u) | 0.00 | 0.00 | | (105.20) | FA |
| INT. VOID (u) | 0.00 | N/A | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $302,175.55 | $2,175.55 | | $67,070.35 | $55,000.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

This matter is no longer being jointly administered.
Monthly Financial Reports are being filed within this Chapter 7 Case
Quarterly Status Reports are being filed within this Chapter 7 case
The Trustee has reviewed proofs of claims filed and is moving POCs into the right bankruptcy estate

Initial Projected Date of Final Report (TFR): 12/31/2014 Current Projected Date of Final Report (TFR): 06/30/2020

Trustee Signature: /s/ Christopher J. Redmond Ch7 Trustee Date: 05/16/2020

Christopher J. Redmond Ch7 Trustee
Redmond Law Firm, LLC
6731 W. 121st Street, Suite 226
Overland Park, KS 66209
913-312-5675
christopher.redmond@christopherredmondlawfirm.com

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-22879
Case Name: Brooke Investments, Inc.

Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX4867
Money Market Account
Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| | | No Transactions | | | | | $0.00 |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $0.00

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-22879
Case Name: Brooke Investments, Inc.
Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX9901
Checking Account
Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 01/25/13 | | Transfer from Acct# XXXXXX2105 | Transfer of Funds | 9999-000 | $195,423.76 | | $195,423.76 |
| 02/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $56.22 | $195,367.54 |
| 03/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $262.34 | $195,105.20 |
| 04/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $290.29 | $194,814.91 |
| 05/28/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $280.55 | $194,534.36 |
| 06/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $289.50 | $194,244.86 |
| 07/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $279.73 | $193,965.13 |
| 07/31/13 | 2001 | DAL INVESTMENTS, LLC<br>c/o Timothy J. Sear, Attorneys<br>Polsinelli PC<br>6201 College Blvd, Suite 500<br>Overland Park, KS 66211 | Administrative Expense Claim<br>Per 05/20/13 Order | 6990-000 | | $18,754.20 | $175,210.93 |
| 08/26/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $288.61 | $174,922.32 |
| 09/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $270.22 | $174,652.10 |
| 10/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $251.52 | $174,400.58 |
| 11/20/13 | 2002 | South Carolina Department Of Revenue<br>PO Box 12265<br>Columbia, SC 29211 | Payment on Claim #1244 Per<br>11/20/13 Order (Doc# 4766)<br>Granting Second Motion filed<br>10/16/13 (Schedule 1) | 5800-000 | | $207.39 | $174,193.19 |
| 11/25/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $259.50 | $173,933.69 |
| 12/26/13 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $250.77 | $173,682.92 |
| 01/27/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $258.45 | $173,424.47 |
| | | | Page Subtotals: | | $195,423.76 | $21,999.29 | |

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-22879
Case Name: Brooke Investments, Inc.
Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX9901
Checking Account
Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/25/14 | | Union Bank | BANK SERVICES FEE (CHK) | 2600-000 | | $258.08 | $173,166.39 |
| 03/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $232.77 | $172,933.62 |
| 04/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $257.30 | $172,676.32 |
| 05/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $248.67 | $172,427.65 |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $256.59 | $172,171.06 |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $247.94 | $171,923.12 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $255.81 | $171,667.31 |
| 08/26/14 | 2003 | Tennessee Department of Revenue<br>Attorney General<br>PO Box 20207<br>Nasville, TN 37202-0207 | Administrative Expense Paid Per 08/22/14 Order | 6990-000 | | $226.10 | $171,441.21 |
| 08/26/14 | 2004 | New York State Dept of Taxation & Finance<br>Bankruptcy section<br>PO Box 5300<br>Albany, NY 12205-0300 | Priority Tax Claim Paid Per 08/22/14 Order | 5800-000 | | $1,278.02 | $170,163.19 |
| 08/26/14 | 2005 | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205-0300 | Priority Tax Claim Paid Per 08/22/14 Order | 5800-000 | | $786.02 | $169,377.17 |
| 09/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $255.44 | $169,121.73 |
| | | | Page Subtotals: | | $0.00 | $4,302.74 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-22879
Case Name: Brooke Investments, Inc.

Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX9901
Checking Account
Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/27/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $243.94 | $168,877.79 |
| 11/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $251.31 | $168,626.48 |
| 12/22/14 | 2006 | Tennessee Department of Revenue Attorney General PO Box 20207 Nasville, TN 37202-0207 | Priority Tax Claim Paid Per 12/18/14 Order | 5800-000 | | $262.44 | $168,364.04 |
| 12/23/14 | 2007 | Christopher J. Redmond, Trustee Husch Blackwell LLP 4801 Main St., Suite 1000 Kansas City, MO 64112 | Fees of Trustee Per 12/19/14 Order (Doc# 5392) | 2100-000 | | $9,501.20 | $158,862.84 |
| 12/23/14 | 2008 | Husch Blackwell LLP 4801 Main St., Suite 1000 Kansas City, MO 64112 | 80% of Fees Per 12/19/14 Order (Doc# 5391) | 3110-000 | | $420.80 | $158,442.04 |
| 12/26/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $242.83 | $158,199.21 |
| 01/09/15 | 2009 (31) | Christopher J. Redmond, Chapter 7 Trustee c/o Husch Blackwell LLP 4801 Main St., Suite 1000 Kansas City, MO 64112 | 20% Holdback Paid per 12/19/14 Order (#5391) - Transfer to Bank of KC *0007* | 1290-000 | ($105.20) | | $158,094.01 |
| 01/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $249.13 | $157,844.88 |
| 02/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $234.96 | $157,609.92 |
| 03/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $211.86 | $157,398.06 |
| 04/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $234.18 | $157,163.88 |
| | | | Page Subtotals: | | ($105.20) | $11,852.65 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-22879
Case Name: Brooke Investments, Inc.
Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX9901
Checking Account
Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $226.35 | $156,937.53 |
| 06/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $233.53 | $156,704.00 |
| 07/27/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $225.66 | $156,478.34 |
| 08/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $232.85 | $156,245.49 |
| 09/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $232.49 | $156,013.00 |
| 10/26/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $224.67 | $155,788.33 |
| 11/25/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $231.82 | $155,556.51 |
| 12/28/15 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $224.01 | $155,332.50 |
| 01/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $231.16 | $155,101.34 |
| 02/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $230.16 | $154,871.18 |
| 03/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $215.01 | $154,656.17 |
| 04/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $229.48 | $154,426.69 |

Page Subtotals: $0.00 $2,737.19

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-22879
Case Name: Brooke Investments, Inc.

Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX9901
Checking Account
Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $221.78 | $154,204.91 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $228.82 | $153,976.09 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $221.15 | $153,754.94 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $228.16 | $153,526.78 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $227.82 | $153,298.96 |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $220.17 | $153,078.79 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $227.15 | $152,851.64 |
| 12/05/16 | | Christopher J. Redmond, Trustee | Payment Per 11/23/16 Order | 2100-000 | | ($4,960.89) | $157,812.53 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $219.51 | $157,593.02 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $232.44 | $157,360.58 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $234.15 | $157,126.43 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $211.23 | $156,915.20 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $233.49 | $156,681.71 |

Page Subtotals: $0.00 ($2,255.02)

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-22879
Case Name: Brooke Investments, Inc.

Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX9901
Checking Account
Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $225.63 | $156,456.08 |
| 06/12/17 | 30 | State of Kansas | Unclaimed Property | 1229-000 | $2,175.55 | | $158,631.63 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $232.80 | $158,398.83 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $226.86 | $158,171.97 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $235.35 | $157,936.62 |
| 08/31/17 | 2010 | Malcolm McFadyen<br>Caldwell Banker Advantage<br>3800 Raeford Road<br>Fayetteville, North Carolina 28304-3354 | Valuation of 114 W. Edenborough Ave., Raeford, North Carolina Per 8/25/2017 Order (Doc#5971) | 3991-000 | | $250.00 | $157,686.62 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $235.01 | $157,451.61 |
| 10/02/17 | 2011 | Overpaid Payables Recovery, Inc. | Recovery Fee Per 09/25/17 Order (Doc# 5990) | 3991-000 | | $1,087.78 | $156,363.83 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $226.95 | $156,136.88 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $232.48 | $155,904.40 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $224.53 | $155,679.87 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $231.65 | $155,448.22 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $231.31 | $155,216.91 |
| | | | Page Subtotals: | | $2,175.55 | $3,640.35 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-22879
Case Name: Brooke Investments, Inc.
Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX9901
Checking Account
Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/12/18 | 2012 | Husch Blackwell LLP 4801 Main St., Suite 1000 Kansas City, MO 64112 | Reimbursement for 2018 Bond Premium Per 2/20/18 Order (Doc# 6049) | | 2300-000 | | $46.90 | $155,170.01 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $208.65 | $154,961.36 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $230.61 | $154,730.75 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $222.82 | $154,507.93 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $229.90 | $154,278.03 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $222.17 | $154,055.86 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $229.23 | $153,826.63 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $228.92 | $153,597.71 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $221.19 | $153,376.52 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $228.22 | $153,148.30 |
| 12/17/18 | 2013 | Husch Blackwell LLP 4801 Main Street, Suite 1000 Kansas City, MO 64112 | Fees and Expenses of Counsel Per 11/19/18 Order (Doc# 112) | | | | $1,261.00 | $151,887.30 |
| | | Husch Blackwell LLP | Fees and Expenses of Counsel Per 11/19/18 Order (Doc# 112) | ($1,241.00) | 3210-000 | | | |
| | | | | ($20.00) | 3220-000 | | | |

Page Subtotals: $0.00 $3,329.61

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-22879
Case Name: Brooke Investments, Inc.

Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX9901
Checking Account
Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/18/18 | 2013 | Husch Blackwell LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112 | Fees and Expenses of Counsel<br>Per 11/19/18 Order (Doc# 112)<br>Reversal<br>Error in amount paid. | | | | ($1,261.00) | $153,148.30 |
| | | Husch Blackwell LLP | Fees and Expenses of Counsel<br>Per 11/19/18 Order (Doc# 112) | $1,241.00 | 3210-000 | | | |
| | | | | $20.00 | 3220-000 | | | |
| 12/18/18 | 2014 | Husch Blackwell LLP<br>4801 Main St., Suite 1000<br>Kansas City, MO 64112 | 80% of Fees Per 11/19/18<br>Order (Doc# 112)<br>Invoice #2640798 | | 3210-000 | | $992.80 | $152,155.50 |
| 12/18/18 | 2015 | Husch Blackwell LLP<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112 | Expenses of Counserl per<br>11/19/18 Order (Doc# 112) | | 3220-000 | | $20.00 | $152,135.50 |
| 12/26/18 | | Union Bank | Bank Service Fee under 11<br>U.S.C. § 330(a)(1)(B), 503(b)<br>(1), and 507(a)(2) | | 2600-000 | | $220.55 | $151,914.95 |
| 01/09/19 | | Hutchens Law Firm Fayetteville Real<br>Estate Trust Account | Sale of 114 W. Edinborough<br>Ave., Raeford, NC | | | $57,613.49 | | $209,528.44 |
| | | | Gross Receipts | $65,000.00 | | | | |
| | | | Commission | ($6,500.00) | 3510-000 | | | |
| | | | Fee to Hutchins Law Firm | ($35.00) | 2500-000 | | | |
| | | | Record Deed | ($130.00) | 2500-000 | | | |
| | | | 2018 Real Property Taxes | ($437.55) | 2820-000 | | | |
| | | | 2018 City of Raeford Taxes | ($280.03) | 2820-000 | | | |
| | | | City/Town Taxes Pro Rata for<br>2019 | ($1.53) | 2820-000 | | | |
| | | | County Taxes Pro Rata for<br>2019 | ($2.40) | 2820-000 | | | |

Page Subtotals: $57,613.49 ($27.65)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-22879
Case Name: Brooke Investments, Inc.
Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX9901
Checking Account
Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 7 | | 114 W. Edinborough, Raeford, NC | $65,000.00 | 1110-000 | | | |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $227.03 | $209,301.41 |
| 01/28/19 | 2016 | First State Bank of Gothenberg, NE c/o T. Randall Wright Baird Holm LLP 1700 Farnam Street, Suite 1500 Omaha, NE 68102-2068 | Payment Per Agreement From Raeford Property Sale Proceeds Per 01/18/19 Order (Doc# 125) | | 2990-000 | | $14,403.37 | $194,898.04 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $286.48 | $194,611.56 |
| 02/26/19 | 2017 | Redmond Law Firm, LLC 6731 W. 121st St., Suite 226 Overland Park, KS 66209 | Fees and Expenses of Counsel Per 01/23/19 Order (Doc# 126) | | | | $10,735.00 | $183,876.56 |
| | | Redmond Law Firm, LLC | Fees and Expenses of Counsel Per 01/23/19 Order (Doc# 126) | ($10,680.00) | 3110-000 | | | |
| | | | | ($55.00) | 3120-000 | | | |
| 03/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $264.01 | $183,612.55 |
| 04/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $273.21 | $183,339.34 |
| 05/06/19 | 2018 | CT Corporation PO Box 4349 Carol Stream, IL 60197-4349 | Services of Registered Agent for 2/1/2019 thru 1/31/2020 Per 5/2/19 Order (Doc# 138) | | 2990-000 | | $393.00 | $182,946.34 |
| 05/10/19 | 2019 | Estate of Brooke Investments, Inc., 08-22879 | Transfer to Axos Bank | | 9999-000 | | $182,946.34 | $0.00 |
| 05/28/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $264.02 | ($264.02) |

Page Subtotals: $0.00 $209,792.46

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-22879
Case Name: Brooke Investments, Inc.
Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Union Bank
Account Number/CD#: XXXXXX9901
Checking Account
Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/30/19 | | Union Bank<br>1980 Saturn Street<br>Monterey Park, CA 91755 | Bank Service Fee Refund | 2600-000 | | ($264.02) | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $255,107.60 | $255,107.60 |
| Less: Bank Transfers/CD's | $195,423.76 | $182,946.34 |
| Subtotal | $59,683.84 | $72,161.26 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $59,683.84 | $72,161.26 |

Page Subtotals: $0.00 ($264.02)

# FORM 2
# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-22879
Case Name: Brooke Investments, Inc.

Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Capital One Bank
Account Number/CD#: XXXXXX7881
Checking Account
Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $195,423.76 |
| 11/08/11 | 1002 | Estate of BROOKE INVESTMENTS, INC. 08-22879 | Christopher J. Redmond, Chapter 7 Trustee<br><br>Transfer of funds to new Trustee | 9999-000 | | $195,423.76 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $0.00 | $195,423.76 |
| Less: Bank Transfers/CD's | $0.00 | $195,423.76 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $0.00 $195,423.76

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-22879
Case Name: Brooke Investments, Inc.
Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Axos Bank
Account Number/CD#: XXXXXX0728
Checking Account
Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | | $0.00 |
| 05/10/19 | | Estate of Brooke Investments, Inc., 08-22879 | Transfer from Union Bank | | 9999-000 | $182,946.34 | | $182,946.34 |
| 05/16/19 | 2001 | Redmond Law Firm, LLC<br>6731 W. 121st Street, Suite 226<br>Overland Park, KS 66209 | Trustee's Attorney Fees and Expenses Per 05/02/19 Order (Doc# 133) | | | | $6,836.15 | $176,110.19 |
| | | Redmond Law Firm, LLC | Trustee's Attorney Fees and Expenses Per 05/02/19 Order (Doc# 133) | ($6,790.00) | 3110-000 | | | |
| | | | | ($46.15) | 3120-000 | | | |
| 08/12/19 | 2002 | Veris Consulting, Inc. | Inv. 11/9/18 Per Order entered 7/25/19 (Doc# 141) | | 2990-000 | | $475.00 | $175,635.19 |
| 10/17/19 | 2003 | Husch Blackwell LLP<br>4801 Main St., Suite 1000<br>Kansas City, MO | Fees of Trustee's Counsel Per 10/16/19 Order (Doc# 6254) for period 10/1/18 thru 9/16/19 | | 3210-000 | | $4,239.50 | $171,395.69 |
| 10/17/19 | 2004 | Husch Blackwell LLP<br>4801 Main St., Suite 1000<br>Kansas City, MO | Fees and Expenses of Counsel Per 10/16/2015 Order (Doc# 6254) - Invoice #2777476 | | | | $750.00 | $170,645.69 |
| | | Husch Blackwell LLP | Fees and Expenses of Counsel Per 10/16/2015 Order (Doc# 6254) - Invoice #2777476 | ($725.84) | 3210-000 | | | |
| | | | | ($24.16) | 3220-000 | | | |
| 01/02/20 | 2005 | Redmond Law Firm LLC<br>6731 W. 121st St., Suite 226<br>Overland Park, KS 66209 | Fees of Trustee's Counsel Per 12/30/19 Order (Do# 174) | | 3110-000 | | $9,590.00 | $161,055.69 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $182,946.34 | $21,890.65 |
| Less: Bank Transfers/CD's | $182,946.34 | $0.00 |
| Subtotal | $0.00 | $21,890.65 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $21,890.65 |
| Page Subtotals: | $182,946.34 | $21,890.65 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-22879
Case Name: Brooke Investments, Inc.

Trustee Name: Christopher J. Redmond Ch7 Trustee
Bank Name: Capital One Bank
Account Number/CD#: XXXXXX2105
Checking Account

Taxpayer ID No: XX-XXX4369
For Period Ending: 03/31/2020

Blanket Bond (per case limit): $23,148,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 11/08/11 | | Estate of Brooke Investments, Inc., 08-22879 | Transfer From ARiederer acct. *7881 | 9999-000 | $195,423.76 | | $195,423.76 |
| 01/25/13 | | Transfer to Acct# XXXXXX9901 | Transfer of Funds | 9999-000 | | $195,423.76 | $0.00 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $195,423.76 | $195,423.76 |
| Less: Bank Transfers/CD's | $195,423.76 | $195,423.76 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals: $195,423.76 $195,423.76

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0728 - Checking Account | $0.00 | $21,890.65 | $161,055.69 |
| XXXXXX2105 - Checking Account | $0.00 | $0.00 | $0.00 |
| XXXXXX4867 - Money Market Account | $189,113.23 | $2,358.98 | $0.00 |
| XXXXXX7881 - Checking Account | $9,935.93 | $1,266.42 | $0.00 |
| XXXXXX9901 - Checking Account | $59,683.84 | $72,161.26 | $0.00 |
| | $258,733.00 | $97,677.31 | $161,055.69 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $7,386.51 |
| Total Net Deposits: | $258,733.00 |
| Total Gross Receipts: | $266,119.51 |

Trustee Signature: /s/ Christopher J. Redmond Ch7 Trustee Date: 05/16/2020

Christopher J. Redmond Ch7 Trustee
Redmond Law Firm, LLC
6731 W. 121st Street, Suite 226
Overland Park, KS 66209
913-312-5675
christopher.redmond@christopherredmondlawfirm.com



Page Subtotals: $0.00 $0.00