B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS

In re __Brooke Investments__, Case No. __08-22879__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Jon S. Wheeler__
Name of Transferee

Northpointe Crossing Associates, LLC
Name of Transferor

Name and Address where notices to transferee should be sent:

__1201 Yancey Cialle
Virginia Beach, VA. 23454__

Phone: __(757) 621-2873__
Last Four Digits of Acct #: _____

Court Claim # (if known): __36__
Amount of Claim: __$5,859.04 plus attorneys' fees__
Date Claim Filed: __04/13/2009__

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ J.S. Wheeler__   Date: __9/23/2021__
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.